# Exhibit A

| | |
|---|---|
| Subject: | RE: Hitsman v. Solace Group LLC et al. |
| Date: | 2/3/2021 9:38:18 AM Eastern Standard Time |
| From: | CFitzgerald@phillipslytle.com |
| To: | consumerlawyer@aol.com |

Hi Phil,

Thank you for your patience. Ms. Kimble is still looking into the additional information you requested regarding the other entities, but I fear that we may be spinning our wheels. After further discussion, she simply does not ~~have the resources to meet your demand of $10,500. Of course, their offer of $8,000, along with the Hitsman account source information, still stands, but that is all she can manage. She is also willing to provide any additional "entity" information that might be of value to you.~~

As for service of the S&C on the companies, she is still considering her options in terms of having us litigate the claims, so at this point I cannot accept service. I am available to discuss further anytime.

---

From: Phil Rogers <consumerlawyer@aol.com>
Sent: Friday, January 29, 2021 2:07 PM
To: Colin X. Fitzgerald <CFitzgerald@phillipslytle.com>
Subject: Re: Hitsman v. Solace Group LLC et al.

> **ATTENTION EXTERNAL EMAIL:** Use Caution with attachments and links!

Hi Colin.

I have instructed my process server to resume efforts to serve the two corporate defendants. If Ms. Kimble is willing to provide a place and time to accept service for her two companies, that will save her some money as I will need to add the growing costs of service to what she owes now or at the conclusion of things.

Please advise.

Phil

Phillip C. Rogers

Attorney at Law

6140 28th Street S.E., Ste. 115

Grand Rapids, MI 49546

616-776-1176

616-776-0037 (fax)

ConsumerLawyer@aol.com

In a message dated 1/28/2021 3:37:42 PM Eastern Standard Time, consumerlawyer@aol.com writes:

> I would be interested in knowing more and could adjust down a little if there is something good there.
>
> 1. When she received accounts from the person on the list through other entities not on the list, were the accounts being placed with her, or purchased by her?
>
> 2. When approximately did these other transactions occur?
>
> 3. If placed, then in what capacity were those other entities acting? business partners or co-owners of the accounts person/entity on the list? sub-placements? please elaborate
>
> 4. If purchased by her, same questions. were the sellers business partners? brokers? etc.
>
> Phillip C. Rogers
> Attorney at Law
> 6140 28th Street S.E., Ste. 115
> Grand Rapids, MI 49546
> 616-776-1176
> 616-776-0037 (fax)
> ConsumerLawyer@aol.com
> In a message dated 1/28/2021 3:00:02 PM Eastern Standard Time, CFitzgerald@phillipslytle.com writes:
>
>> Phil,
>>
>> While the person/entity that Ms. Kimble received the account from is on the list, apparently she has received other accounts from that person through other entities that are not on the list. Would that information be of value to you?

**From:** Phil Rogers <consumerlawyer@aol.com>
**Sent:** Thursday, January 28, 2021 11:45 AM
**To:** Colin X. Fitzgerald <CFitzgerald@phillipslytle.com>
**Subject:** Hitsman v. Solace Group LLC et al.

**ATTENTION EXTERNAL EMAIL:** Use Caution with attachments and links!

Colin,

As we continue efforts to resolve this, would you be willing and able to accept service for the corporate defendants? Because the Court is taking longer than normal to grant my motion for alternate service and I want to keep everyone on an appropriate timeline, I have instructed my process server resume efforts next week to serve the corporate defendants.

Please advise.

Phil

Phillip C. Rogers

Attorney at Law

6140 28th Street S.E., Ste. 115

Grand Rapids, MI 49546

616-776-1176

616-776-0037 (fax)

ConsumerLawyer@aol.com

Colin X. Fitzgerald
Associate

One Canalside
125 Main Street
Buffalo, NY 14203-2887
Phone 716 847 5407
Fax 716 852 6100
CFitzgerald@phillipslytle.com
www.phillipslytle.com
Download vCard

This electronic transmission and any attachments hereto are intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you have reason to believe that you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited. If you have reason to believe that you have received this transmission in error, please notify immediately by return e-mail and delete and destroy this communication.

**WARNING:** E-mail communications cannot be guaranteed to be timely, secure, error-free or virus-free. The recipient of this communication should check this e-mail and each attachment for the presence of viruses. The sender does not accept any liability for any errors or omissions in the content of this electronic communication which arises as a result of e-mail transmission.

**Subject:** RE: Hitsman v. Solace Group LLC et al.
**Date:** 1/28/2021 12:29:28 PM Eastern Standard Time
**From:** CFitzgerald@phillipslytle.com
**To:** consumerlawyer@aol.com

Phil,

I will discuss this with Ms. Kimble this afternoon. As I alluded to last week, however, she exhausted all of her resources to come up to $8,000, so we may not be able to get this done. By the same token, she likely does not resources to pay Phillips Lytle to litigate the claims, so she may not want me to accept service. I plan on speaking with her later this afternoon and will get back to you ASAP.

**From:** Phil Rogers <consumerlawyer@aol.com>
**Sent:** Thursday, January 28, 2021 11:45 AM
**To:** Colin X. Fitzgerald <CFitzgerald@phillipslytle.com>
**Subject:** Hitsman v. Solace Group LLC et al.

---

**ATTENTION EXTERNAL EMAIL:** Use Caution with attachments and links!

---

Colin,

As we continue efforts to resolve this, would you be willing and able to accept service for the corporate defendants? Because the Court is taking longer than normal to grant my motion for alternate service and I want to keep everyone on an appropriate timeline, I have instructed my process server resume efforts next week to serve the corporate defendants.

Please advise.

Phil

Phillip C. Rogers

Attorney at Law

6140 28th Street S.E., Ste. 115

Grand Rapids, MI 49546

616-776-1176

616-776-0037 (fax)

ConsumerLawyer@aol.com

**Colin X. Fitzgerald**
Associate

One Canalside
125 Main Street
Buffalo, NY 14203-2887
Phone 716 847 5407
Fax 716 852 6100
CFitzgerald@phillipslytle.com
www.phillipslytle.com
Download vCard

This electronic transmission and any attachments hereto are intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you have reason to believe that you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited. If you have reason to believe that you have received this transmission in error, please notify immediately by return e-mail and delete and destroy this communication.

**WARNING**: E-mail communications cannot be guaranteed to be timely, secure, error-free or virus-free. The recipient of this communication should check this e-mail and each attachment for the presence of viruses. The sender does not accept any liability for any errors or omissions in the content of this electronic communication which arises as a result of e-mail transmission.