UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK HITSMAN,

    Plaintiff,

v.

Case No. 1:20-cv-902

HON. ROBERT J. JONKER

SOLACE GROUP LLC,
VIOLET M, KIMBLE and
AMRAK SOLUTIONS GROUP, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

On September 16, 2021, the Court issued a Show Cause Order directing Plaintiff to either request a default judgment as to all Defendants, or show cause why the case should not be dismissed for lack of prosecution. Plaintiff has not done so by the deadline given. Accordingly,

IT IS HEREBY ORDERED that this matter is **DISMISSED** without prejudice, pursuant to W.D. Mich. LCivR 41.1.

Date:   October 8, 2021        /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            CHIEF UNITED STATES DISTRICT JUDGE